*Wednesday, March 17, 1999*

## MERIT DOCKET

**99–49.   Allen v. Hedrick.**
In Habeas Corpus.  *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–71.   Berthelot v. Dezso.**
In Procedendo.   On motion to dismiss or motion for summary judgment.   Motion to dismiss sustained.   Cause dismissed.
RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.
MOYER, C.J., and DOUGLAS, J., dissent and would grant an alternative writ and consolidate this cause with 99–359, *infra.*

**99–126.   State ex rel. Davet v. Griffin.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–163.   State ex rel. Rodgers v. Ohio Adult Parole Auth.**
In Mandamus.   On answer of respondent.   Answer treated as motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–202.   State ex rel. Shie v. Leonard.**
In Mandamus.   On answer of respondent.   Answer treated as motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.
LUNDBERG STRATTON, J., dissents and would grant an alternative writ.

**99–341.   Donnell v. Weaver.**
In Prohibition.  *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.
RESNICK, J., not participating.

**98–369.   Butler v. Wilkerson.**
In Habeas Corpus.  *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.